# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CV6198                                                                 Purchased/Filed: July 3, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et al*    Plaintiff

against

*Columbus Construction Corp.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 10, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on _____Columbus Construction Corp._____, the Defendant in this action, by delivering to and leaving with _____Charee Hendricks_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __43__   Approx. Wt: __175__   Approx. Ht: __5'10"__
Color of skin: __Black__   Hair color: __Black__   Sex: __F__   Other: _____

Sworn to before me on this

__aa39__ day of _____July, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0705904

**SERVICO, INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**