UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and NEW YORK CITY
AND VICINITY CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE and
PAUL O'BRIEN, as TRUSTEES,

07 CV 6198 (AKH)
ECF CASE

**NOTICE OF MOTION**

                            Plaintiffs,

            -against-

COLUMBUS CONSTRUCTION CORP.,

                            Defendant.
------------------------------------------------------------------------X
C O U N S E L :

    PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew GraBois, Esq. sworn to on

September 5, 2007, the stipulated facts and exhibits annexed thereto, and upon all pleadings and

proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court

before the Honorable Alvin K. Hellerstein, United States District Court Judge at the United States

Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 14-D, New York,

New York 10007, at a date and time to be set by the Court, for an Order granting plaintiffs' motion for

default judgment, and for such other and further relief as the Court deems proper and just.

Dated:  New York, New York
        September 5, 2007

                                Yours, etc.,

                                O'DWYER & BERNSTIEN, LLP

            By:     _____
                                ANDREW GRABOIS, ESQ.
                                Attorney for Plaintiffs
                                52 Duane Street, 5th Floor
                                New York, New York 10007
                                (212) 571-7100

TO:    Columbus Construction Corp.
       687 South Columbus Avenue
       Mount Vernon, NY 10550